```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA          *

    vs.                           *    CRIMINAL NO. MJG-14-0604

ALEXANDER AFONSO                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>MEMORANDUM AND ORDER</u>

The Court has before it the Motion to Release Offset Taxes filed by Defendant Afonso. The Court finds that neither a response nor a hearing is necessary.

There appears to be an issue regarding the propriety of the offset of a joint return refund that was, in whole or part, a refund to Mrs. Afonso, not Defendant Afonso.

The Court understands that, as recommended by the Probation Officer, the Financial Litigation Unit of the United States Attorney's office will consider whether to agree to return the refund to Defendant Afonso upon consideration of a financial assessment. The Court also understands that the processing of the matter may require several weeks and requests that the matter be given expeditious attention by Baltimore counsel.

Under the circumstances, by April 15, 2016, Government counsel shall provide a status report.

SO ORDERED, this <u>Wednesday, March 23, 2016</u>.

```
                              _____/s/_____
                                 Marvin J. Garbis
                              United States District Judge
```